**Order entered March 14, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-01245-CR
No. 05-13-01246-CR

**CHAD EUGENE APPLETON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause Nos. 28881, 28882**

## ORDER

The Court **DENIES** appellant's March 12, 2014 request for a ninety-day extension of time to file a pro se response to the *Anders* brief filed by appellate counsel.

We **GRANT** appellant an extension of time to **APRIL 30, 2014**. No further extensions will be granted. If the response is not received by the date specified, the appeals will be submitted on the *Anders* brief alone.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Chad Appleton, TDCJ No. 01879585, Telford Unit, 3899 State Hwy 98, New Boston, TX 75570.

/s/      DAVID EVANS
JUSTICE